THE PEOPLE *against* FERRIS.

In proceed-  AN attachment was issued against the defendant, for not re-
ings against
the sheriff, in turning a writ.
order to ob-
tain an attach-
ment, the pro-    *Harris* objected that the rule for the attachment was entitled
ceedings until
the writ of at- in the original suit, and not in the name of the people.
tachment is
granted, must
be entitled in  *Gardinier*, contra.
the original
suit.
              *Per Curiam.*   All the proceedings until the writ of attach-
ment, including the rule for the attachment, are to be entitled in
the original cause.   The proceedings after the attachment is
granted are in the name of the people.